**SEND**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-0025 PA (CWx) | Date | January 23, 2009 |
|---|---|---|---|
| Title | Jose Bermudez v. Quality Loan Service Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

      On January 14, 2009, the Court issued an order provisionally remanding this action to the Alameda County Superior Court as a result of procedural defects in the Notice of Removal. In its January 14, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 21, 2009, if he waived the procedural defects in the Notice of Removal. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the January 14, 2009 order, this action is remanded to Alameda County Superior Court.

      IT IS SO ORDERED.